UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIDGET DEAN, on behalf of herself and
on behalf of all others similarly situated,

    Plaintiff,

v.                                            Case No. 8:16-cv-02783-JSM-TBM

SYNNEX CORPORATION,

    Defendant.

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    COME NOW Plaintiff, BRIDGET DEAN, and Defendant, SYNNEX CORPORATION, by and through their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and provide notice that this action is voluntarily dismissed with prejudice pursuant to the terms of the settlement between the parties.

    Dated this 5th day of January, 2017.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Brandon J. Hill* | */s/ Jennifer M. Moore* |
| BRANDON J. HILL | WILLIAM E. GROB |
| Florida Bar Number 37061 | Florida Bar Number 0463124 |
| E-mail: bhill@wfclaw.com | E-mail: william.grob@ogletreedeakins.com |
| DONNA V. SMITH | JENNIFER MONROSE MOORE |
| Florida Bar Number 661201 | Florida Bar Number 035602 |
| E-mail: dsmith@wfclaw.com | E-mail: jennifer.moore@ogletreedeakins.com |
| WENZEL FENTON CABASSA, P.A. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 1110 North Florida Avenue, Suite 300 | 100 North Tampa Street, Suite 3600 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| Telephone: 813.224.0431 | Telephone: 813.289.1247 |
| Facsimile: 813.289.8712 | Facsimile: 813.289.6530 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 5, 2017, I electronically filed the foregoing with the Court, which will send an electronic copy to the following:

Brandon J. Hill
Donna V. Smith
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida  33602
E-mail: bhill@wfclaw.com
E-mail: dsmith@wfclaw.com

*/s/ Jennifer M. Moore*
Attorney

27812538.1